CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

           vs.

DEMETRIUS GREEN

)
)
)
)
)
)

Civil/Criminal No.: __20-cr-222 (ABJ)__

**FILED**

DEC 13 2022

Clerk, U.S. District and
Bankruptcy Courts

### NOTE FROM JURY

May we please be excused at 4:30PM today due to one juror having childcare obligations? We have not finished deliberating.

Yes.
Amy B Je

Date: 12/13/2022

Time: 3:34PM