**FILED**

DEC 14 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
v. )
) Crim. Action No. 20-0222 (ABJ)
DEMETRIUS GREEN, )
)
Defendant. )
)

### VERDICT FORM

**First Count**

I. How do you find defendant Demetrius Green on the charge of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year?

____✓____ Guilty _____ Not Guilty

**Second Count**

II. How do you find defendant Demetrius Green on the charge of unlawful possession with intent to distribute cocaine base?

____✓____ Guilty _____ Not Guilty

**Third Count**

III. How do you find defendant Demetrius Green on the charge of unlawful possession with intent to distribute oxycodone?

____✓____ Guilty _____ Not Guilty

## Fourth Count

IV. How do you find defendant Demetrius Green on the charge of unlawful possession with intent to distribute hydromorphone?

_____✓_____Guilty    _____Not Guilty

If you find the defendant guilty of any one of the Second, Third, or Fourth Counts, you **must** go on to consider the Fifth Count.

If you find the defendant not guilty of the Second, Third, **and** Fourth Counts, you must **not** go on to consider the Fifth Count.

## Fifth Count

V. How do you find defendant Demetrius Green on the charge of possessing a machinegun in furtherance of a drug trafficking offense?

_____Guilty    _____Not Guilty